# EXHIBIT "E"

Lannett Company, Inc.                          01/04/2013
C/O Arthur P. Bedrosian
9000 State Road                     **Via Facsimile and Express Mail**
Philadelphia, PA 19136

     RE: Cody Laboratories, Inc. lease of Cody LCI Realty, LLC property

Dear Arthur:

     After having reviewed the Lease Agreement between Cody Labs and Cody LCI Realty, and the Cody LCI Realty Operating Agreement I am providing you notice of concerns as provided in Article 11.4 of the Cody LCI Realty Operating agreement which are:

a     Article 5.1 of the Operating Agreement indicates that the Manager shall conduct the business affairs of the Company using sound business judgment. I note that when considering the significant improvements and additions to the building, it appears the property owned by Cody LCI is significantly under-insured. This exposes Cody LCI Realty and Cody Labs to significant risk which will remain uncompensated should a casualty occur. I request that an examination of the amount of fire, casualty and extended coverage insurance take place and that any deficiency in insurance coverage be addressed immediately as required by the obligations and procedures contained in the Lease Agreement between Cody Labs and Cody LCI Realty.

b     Article 11.5 of the Cody LCI Realty/Cody Labs Lease Agreement indicates that the posting of a performance bond is necessary before commencing any alterations, improvements or additions costing in excess of $50,000.00. I am unaware of the posting of any such performance bond for any work performed or about to be performed. I request that you move forward with investigating that matter, and require the necessary bond to be posted before any more work ensues.

c     As you are aware significant improvements have occurred to the Cody Labs building and more improvements are contemplated. There has been no mention about any rental adjustment as a result of Cody Labs (as a tenant), to receive considerably more benefit and use of the property as a result of the improvements. As you are aware, Cody LCI Realty will be required to pay base rent of $9,000.00 per month for the new 24,000 square foot warehouse. That rental amount is based upon a price of $2.67 per square foot. It appears that there needs to be meaningful discussions between Cody LCI Realty and Cody Labs about a reasonable rent adjustment and that rent adjustment needs to be in place before March 1, 2013.

     These concerns I have expressed are a result of potential significant negative impacts which can affect the long and short term operations and viability of both Cody Labs and Cody LCI Realty. Please contact me if you have any concerns or comments. Thank for your time.

Richard Asherman
Member Cody LCI Realty, LLC