EXHIBIT I"

## Notice of Dissolution of Cody LCI Realty, LLC

March 1, 2013

Board of Directors
c/o Arthur Bedrosian
Lannett Company, Inc.
13200 Townsend Road
Philadelphia, PA 19154

**Via Facsimile, E-Mail and U.S. Mail**

Dear Board Members:

I write this letter as the De Facto Managing Member of Cody LCI Realty, LLC. As you are aware, Lannett Company, as the controlling member of Cody LCI Realty, LLC is in default of the Company Operating Agreement as outlined in my January 4, 2013 letter. Likewise, Lannett Company, through its authorized representative, Arthur Bedrosian, has been self dealing and has breached fiduciary duties as it pertains to protecting Cody Labs' and Lannett Company's interests over those of the members of Cody LCI Realty, LLC and its other member. Those issues have not been corrected, and have apparently been ignored by Arthur Bedrosian.

As the non-defaulting member, I wish to inform you that in accordance with Article 11.1( c) of the Operating Agreement, it is my vote to dissolve Cody LCI Realty because of breaches of the Operating Agreement, along with self dealing and breaches of fiduciary duty by Lannett Company which appears will only continue. The vote is therefore unanimous amongst the non-defaulting members. As such, I am authorized and compelled by the Operating Agreement to move forward with dissolution.

As a defaulting member, you are hereby placed on notice that in accordance with Articles 11.1, 11.4, 11.5 and 11.6, I will be filing Articles of Dissolution on behalf of the Company, and shall begin the process of winding up the business of the Company. I am sorry that it has come to this. I have been placed in an extremely awkward position which has created significant conflicts of interest which cannot be overcome because of the apparent desire of Lannett Company, by and through Arthur Bedrosian, to ignore these significant concerns which provide sole benefit only to Cody Labs and Lannett Company at the expense of Cody LCI Realty.

Very truly yours,

Richard (Ric)Asherman,
Defacto Managing Member