# EXHIBIT "J"

**From:** Ric Asherman [mailto:ricasherman@gmail.com]
**Sent:** Tuesday, March 12, 2013 6:55 PM
**To:** Arthur Bedrosian
**Cc:** Jeff K. Farber; David Drabik; Kenneth Sinclair; ptaveira82@yahoo.com
**Subject:** Cody Laboratories Default on Lease Agreement

Arthur,

Please find attached another notice of Cody Laboratories default of the Lease Agreement.

I have not received any offer or indication of resolving the pending situation so I will be filing the Articles of Dissolution with the State of Wyoming tomorrow, 13MAR2013 at noon EST.

--
Thank you,
Ric Asherman
Manager Cody LCI Realty, LLC

March 12, 2013                                    **Via Facsimile, Email and Express Mail**

Arthur Bedrosian
Chairman Cody Laboratories and Member Cody LCI Realty, LLC
13200 Townsend Road
Philadelphia, PA 19154

**Re: Cody Laboratories Default of Lease Agreement**

Arthur,

As the Manager of Cody LCI Realty, I am informing you again that Cody Laboratories has defaulted on the Cody LCI Realty Lease Agreement with Cody Laboratories. This was communicated to you in my January 29th letter "request to cure default".

You have failed to approve the purchase of performance bonds, and you have not only failed to procure the necessary amount of property insurance, but you (Lannett) have also prevented me from performing the same. Do to your inaction and failure to timely address several issues, I have been placed in a very awkward position, and no have no choice but to send this letter.

As Cody LCI Realty Manager, I cannot allow chemical operations to continue in the building because of these defaulting conditions. I will be taking appropriate preventative action unless there is proof of compliance. Please provide to me written proof that this has occurred in order to prevent action on my part as Manager.

Sincerely,

Richard Asherman

Manager, Cody LCI Realty LLC.