IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANNETT COMPANY, INC. and ARTHUR BEDROSIAN<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD E. ASHERMAN<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 2:13-cv-02006 JP<br>:<br>:<br>:<br>:<br>: |

**STIPULATION PURSUANT TO LOCAL R. CIV. P. 7.4**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local R. Civ. P. 7.4, the parties hereby stipulate and agree that the time for Defendant Richard E. Asherman to answer, plead, move, or otherwise respond to the Complaint shall be extended from May 14, 2013 until June 4, 2013.

| | |
|---|---|
| /s/ *George L. Krueger* | /s/ *Paul J. Greco* |
| George L. Krueger, Esq. (PA ID No. 30501) | Paul J. Greco, Esq. (PA ID No. 55770) |
| Samuel H. Israel, Esq. (PA ID No. 55776) | Anne E. Kozul, Esq. (PA ID No. 206099) |
| Maura L. Burke, Esq. (PA ID No. 308222) | **Buchanan Ingersoll & Rooney PC** |
| **Fox Rothschild LLP** | Two Liberty Place |
| 2000 Market Street, 20th Floor | 50 S. 16th Street – Suite 3200 |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| (215) 299-2000 | (215) 665-8700 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | |
| Dated: May 8, 2013 | Dated: May 8, 2013 |

APPROVED BY THE COURT:

_____    _____
Hon. John R. Padova                              Date

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2013, I caused a true and correct copy of the foregoing Stipulation Pursuant to Local R. Civ. P. 7.4 for Extension of Time to Respond to Complaint to be filed via the Office Court Electronic Document Filing System. The aforementioned document is now available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon the following:

George L. Krueger, Esq.
Samuel H. Israel, Esq.
Maura L. Burke, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Plaintiff


/s/ Paul J. Greco
Paul J. Greco, Esq.