IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANNETT COMPANY, INC., and ARTHUR BEDROSIAN, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>RICHARD E. ASHERMAN, <br><br>　　　　Defendant. | Civil Action No. 2:13-cv-02006 JP <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND
RETURN OF PRIVILEGED DOCUMENTS**

Pursuant to the Federal Rules of Civil Procedure and for the reasons stated in their accompanying Memorandum In Support of Protective Orders and Return of Privileged Documents, plaintiffs Lannett Company, Inc. and Arthur Bedrosian (together, "Plaintiffs") hereby move this Court for an Order as follows:

　　1.　　Directing defendant Richard E. Asherman ("Asherman") and his counsel to return to Plaintiffs the email correspondence between and among Plaintiffs and their counsel dated July 12, 2013, which were inadvertently sent to Asherman's Wyoming counsel ("Privileged Communications"), and to destroy all copies and summaries thereof; and

2. Prohibiting Asherman and his counsel from using in any manner the Privileged Communications.

                        **FOX ROTHSCHILD LLP**

                        /s/ George J. Krueger
                        George J. Krueger , Esquire (I.D. No. 30501)
                        Samuel H. Israel, Esquire (I.D. No. 55776)
                        Maura L. Burke, Esquire (I.D. No. 308222)
                        2000 Market Street, 20th Floor
                        Philadelphia, PA 19103
Dated: July 29, 2013          (215) 299-2000

3

**CERTIFICATION OF COUNSEL**

     I, George J. Krueger, certify that counsel for plaintiffs, Lannett Company, Inc. and Arthur Bedrosian, have in good faith conferred with counsel for defendant, Richard E. Asherman, in an effort to resolve the foregoing dispute without court action.


Dated: July 29, 2013                                             /s/ George J. Krueger

**CERTIFICATE OF SERVICE**

I, Maura L. Burke, Esquire, hereby certify that I filed the foregoing via the Court's ECF system on July 29, 2013, which will provide notice and a copy to the following:

Paul J. Greco
Anne E. Kozul
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street – Suite 3200
Philadelphia, PA 19102

*Attorneys for Defendant*

/s/ Maura L. Burke