IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LANNETT COMPANY, INC. and<br>ARTHUR BEDROSIAN | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| RICHARD ASHERMAN | : | NO. 13-2006 |

## ORDER

**AND NOW**, this 24th day of February, 2014, upon consideration of Defendant's Motion to Dismiss (Docket No. 9), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **DENIED** insofar as it seeks to dismiss the case for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure;

2. The Motion is **GRANTED** insofar as it seeks to transfer the case to the United States District Court for the District of Wyoming for the convenience of the parties pursuant to 28 U.S.C. § 1404(a);

3. The action is **TRANSFERRED** to the United States District Court for the District of Wyoming; and

4. The Motion is held in **ABEYANCE**, in all other respects, until this action is transferred to the United States District Court for the District of Wyoming.

BY THE COURT:

_/s/ John R. Padova_____
John R. Padova, J.